FILED
FEB 02 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

1/21/2022

Peter,

    Good day, Sir. This issue is unrelated to the Administrative Release From Captivity, but as my appointed legal representative (Agent)/Executor, I have a few questions for you. I'll be brief.

    Here at Granville Correctional Institution, my 8th Amendment Rights are being violated. Inmates on RHCP (Restrictive Housing for Controll Purposes) are being brought out for recreation in full restraint (ankle shackles, hands cuffed behind the back, belly chain, and padlock), effectively denying us recreation. The facility refuses to respond to our grievances, preventing us from exhausting available administrative remedies under 42 U.S.C § 1997e(a). I have exercised all due diligence by filing several grievances, even by mailing a grievance directly to Raleigh (NC Dept. of Public Safety). It's been over 30 days, no response (facility tampering with my mail). My questions are: 1) Is the Private Citizen entittled to relief under 42 U.S.C § 1983? 2) Can I file suit without exhausting the grievance procedure, or is that grounds for dismissal? 3) Am I, as a Private Citizen, entittled to representation?

    Thank you for your time, support, and continued patience. I look forward to your response.

                        Sincerely,

                        Walter

walter britt garrison
real party in interest
c/o
post office box 2500
butner, north carolina
exempt dmm reg./non-domestic

## notice:

date: 1/21/22
to: peter a. moore jr.
clerk of district court of the united states
eastern district of north carolina
post office box 25670
raleigh, north carolina 27611

honorable clerk,

With all due respect to your office, status, and station; enclosed is a "letter of testamentary", "amicus curiae notice", "declaration of status", and certificate of service. i, the undersigned hereby grant peter a. moore jr. my express written consent to incur liability on any and all instruments, and i fully indemnify said representative in performance of his duties on my behalf. notify me by disclaimer if the record is insufficient. silence equates acceptance. please file on the private side of the court, and ensure that i receive civilian due process and enforcement. thank you.

from the grantor office,
/s/ Walter britt garrison - agent
without prejudice u.c.c Y-308
by: Walter britt garrison
grantor/settlor

# letter of testamentary

i, Walter britt garrison the real party in interest, being of sound mind and body and fully competant, hereby appoint the clerk of district court of the united states, eastern district of north carolina peter a. moore jr.; whose address is: post office box 25670, raleigh, north carolina 27611 as the executor of my estate. i, Walter britt garrison, of my own free will without coercion, a private citizen acting as agent for the principal, grant peter a. moore jr. full power to administer the estate. i, Walter britt garrison hereby accept, assign, and transfer any and all: bonds, accounts, titles, debts, mortgages, deeds, liens, encumbrances, obligations, ect., of the defendant in this matter 15crs219816 along with any and all rights of beneficial interest to my appointed legal representative peter a. moore jr. i, Walter britt garrison, being insolvent, claim default. it is my manifest intent for my authorized legal representative to accept for value and return for value any and all of the charging instruments in this matter (15crs219816), and make my exemption available for discharge of any and all obligations and charges connected with this case. Please use my exemption and principal as performance for full settlement and closure of the account(s)/case(s) [supra] as these accounts are prepaid and exempt from levy. i, Walter britt garrison do not dispute the facts in the charging instruments, and i also demand an extinguishment and a full accounting. i, Walter britt garrison hereby grant my legal representative as executor/administrator of my estate full power of attorney and fully

-1-

indemnify said representative, peter a. moore jr. in performance of his duties on my behalf, including but not limited to access and/or management of any and all accounts. it is my manifest intent for my legal representative peter a. moore jr. to validate trust instruments and amendments, perfect my security interest, fulfill any and all tax obligations for my personal benefit and enjoyment, and to discharge the collateral being held to secure the bond. i, the undersigned give my express written consent for my appointed legal representative peter a. moore jr. to act in my best interest and to execute/perform in good faith under his authority and virtue or color of office.

this the 21 day of January, 2022.

subscribed and sworn to before me
this 21 day of January, 2022.

Alfreda Threat
notary public

my commission expires
June 25, 20__
[seal]

respectfully submitted,

s/ walter britt garrison - agent
without prejudice u.c.c 1-308

by: walter britt garrison
grantor/settlor
#0842661
c/o
granville correctional inst.
post office box 2500
butner, north carolina 27509

# Amicus Curiae notice

i, Walter britt garrison, a private citizen, am the grantor/settlor of a trust now established. i, Walter britt garrison declare that i am a private citizen as described under section 1 of the 14th amendment of the constitution of the united states, therefore, the emergency banking relief act and the trading with the enemy act do not apply to me. my status as a private citizen renders me non-statutory, non-commercial, and non-u.c.c. the statutes do not apply. the private citizen has immunity, and is not subject to the war powers act, or the jurisdiction of an emergency war powers court. private trust is a special matter, and due to exigent circumstances, i am invoking a court of inherent equity to protect the interests of a private trust that can not be seen by this court at law. i know who the beneficiary of the private trust is, and it is not anyone in this court that i can see. judge, you are damaging rights to possession, title, and interest in a private trust that only a court of equity has the sole jurisdiction to see. this is not a court of special equity. these proceedings are irreparably harming the holder of right, title, and interest not cognizable by a court at law. exclude the public and the press from the appeal. as a private citizen, i do not consent to being co-mingled with enemy belligerents. i, Walter britt garrison, a private citizen, am not an enemy combatant belligerent. i want the case private and sealed. i want the court to show cause as to why the case should not be private and sealed per these maxims. i want acceptance of the trust or disclaimer.

show cause through disclaimer, otherwise you are a trustee. and you have to stand in full. furthermore, there is no more concurrent, because there cant be, so there is only exclusive, and if there is only exclusive, then any letters i write have to be acknowledged under exclusive equity. i, walter britt garrison, do not consent to being a surety or accommodating party for the created artificial corporate entity (legal fiction). i, walter britt garrison, a private citizen, do not consent to a martial due process. the two most important provisions in the united states constitution for the private citizen are: the 5th amendment due process of law at the federal level, which is civilian due process; and the 14th amendment due process of law at the state level, which is also civilian due process. in this affidavit of a private citizen, i, walter britt garrison, fully indemnify you and grant you the broad authority of the private citizen to allow you to obtain the private side of the accounting. i, walter britt garrison, grantor/settlor, am before the court as a third party intervener acting as agent and authorized representative for the principal. this is a war powers court, and i, walter britt garrison, a private citizen, am being denied civilian due process, and i have to abate. i, walter britt garrison, having the status of private citizen, insist upon the right process. since the statutes do not apply, and this is a private trust, and the court does not have jurisdiction in equity rule on a private trust, this matter must be abated or dismissed. show cause as to why the matter should not be dismissed. i, walter britt garrison, a private citizen, notify the court with an amicus, in the public court, you are giving my

private business trust a martial process. the judicature act of 1873 states: "When there is a conflict between the rules of law and the rules of equity, the rules of equity shall prevail."

this the 21 day of January, 2022.

respectfully submitted,

/s/ walter britt garrison - agent
Subscribed and sworn to before me    Without prejudice ucc 1-308
this 21 day of January, 2022.

by: walter britt garrison
Alfreda Threat                grantor/settlor
notary public                 #0842661
                              c/o
                              granville correctional inst.
my commission expires         post office box 2500
June 25, 2028                 butner, north carolina 27509
[seal]

[Notary seal: ALFREDA THREAT NOTARY PUBLIC GRANVILLE COUNTY, NC]

Case 5:22-ct-03048-M   Document 1   Filed 02/02/22   Page 7 of 11
-3-

# declaration of status

i, Walter britt garrison (non-corporate/non-commercial) a natural person, a living breathing human being, declare that i am not a "united states citizen" subject to it's jurisdiction. the "united states" is a corporate entity created by the united states constitution. any document i may have ever signed, in which i answered "yes" to the question "are you a U.S citizen" can not be used to compromise my status as a sovereign, nor obligate me to perform in any manner. this is because without full written disclosure of the definition and consequences of such susposed "citizenship", provided in a document bearing my signature given without any misrepresentation, deceit, fraud, or coercion, there can be no legally binding contract. i, Walter britt garrison (non-corporate/non-commercial), a natural person, a living breathing human being, am not a "resident of," an "inhabitant of", a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of," any corporate federal government, corporate state government, corporate county government, corporate city government, or corporate municipal body politic created under the authority of the united states constitution. i, Walter britt garrison (non-corporate/non-commercial), a natural person, a living breathing human being, am not subject to any legislation, department, or agency created by such authorities, nor to the jurisdiction of any employees, officers, or agents deriving their authority therefrom. the 14th amendment creates a lower class of citizen ( the higher

- 1 -

class of citizen ("citizen of one of the several states of the union"). the remedy provided to the 14th amendment is an act of congress known as "15 U.S statute at large", july 27, 1868 (one day before the 14th amendment took effect) also known as the "expatriation statute." my remedy is to claim to be a natural citizen "living on" the state. this makes me a higher status of citizen, and not subject to the article 4 loophole that deprives me of my rights. furthermore, i, walter britt garrison (non-corporate/non-commercial), a natural person, a living breathing human being, am not a subject of the administrative and legislative article IV courts of the several states, or article I courts of the united states, or bound by precedents of such courts, deriving their jurisdiction from said authorities. — take notice, that i hereby revoke, cancel, and make void ab initio any such instrument or any presumed election made by any of the several states, or the united states government or any agency or department thereof, that i am or ever have voluntarily elected to be treated as a united states citizen subject to it's jurisdiction or a resident of any territory, possession, instrumentality, or enclave under the sovereignty or exclusive jurisdiction of any of the several states or of the united states as defined in the united states constitution in article I, section 8, clause 17 and article IV, section 3, clause 2. i, walter britt garrison (non-corporate/non-commercial), a state national, grant my express written consent for the executor appointed Case 5:22-ct-03048-M Document 1 Filed 02/02/22 Page 9 of 11 the public

- 2 -

of friendly or non-combatant status in regard to my relationship with the united states.

this 21 day of January, 2022

respectfully submitted,

/S/ walter britt garrison - agent
Without prejudice u.c.c 1-308

Subscribed and sworn to before me
this 21 day of January, 2022.   by: Walter britt garrison
                                    Sovereign
*Alfreda Threat*                    # 0842661
notary public                       c/o granville correctional inst.
                                    post office box 2500
my commission expires               butner, north carolina 27509
June 25, 2022
[ Seal ]

[Notary seal: ALFREDA THREAT, NOTARY PUBLIC, GRANVILLE COUNTY, NC]

# Certificate of Service

I, the undersigned as maker, drawer, acceptor, and indorser of the aforegoing instrument(s) entitled: "notice," "letter of testamentary", "amicus curiae notice", and "declaration of status" placed a copy of aforesaid in the U.S mail "for accommodation", postage prepaid in a properly addressed envelope with certified delivery, certified mail # : _____ for deliver to same this 21 day of january, 2022 addressed as follows :

honorable clerk of district court of the united states
eastern district of north carolina
post office box 25670
raleigh, north carolina 27611

/s/ Walter britt garrison - agent
without prejudice u.c.c 1-308

by: Walter britt garrison
grantor / settlor
# 0842661
c/o
granville correctional inst.
post office box 2500
butner, north carolina 27509