# United States District Court
### Eastern District of North Carolina
### Western Division

**FILED**

FEB 2 4 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. __5:22-CT-3048-M__

WALTER BRITT GARRISON
_____

Inmate Number 0842661

*(In the space above enter the full name(s) of the plaintiff(s).)*

# COMPLAINT

*(Pro Se Prisoner)*

-against-

INTERIM WARDEN CHARLES JOHNSON
CAPTAIN ANTHONY FRINK
UNITMANAGER KENNETH J. WHITE
SERGEANT NATALIE BURNETTE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Jury Demand?
☒ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒   42 U.S.C. § 1983 (state, county, or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

Walter Britt Garrison
Name

0842661
Prisoner ID #

Granville Correctional Institution
Place of Detention

P. O Box 2500
Institutional Address

Butner, North Carolina                    27509
City                         State                    Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☐ Federal
☐   Civilly committed detainee
☐   Immigration detainee
☒   Convicted and sentenced state prisoner
☐   Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Charles Johnson
_____
Name

Interim Warden
_____
Current Job Title

1001 Beazey Rd.
_____
Current Work Address

Butner     , North Carolina     27509
_____
City                          State               Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2:    Anthony Frink
_____
Name

Captain
_____
Current Job Title

1001 Beazey Rd.
_____
Current Work Address

Butner , North Carolina     27509
_____
City                          State               Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: Kenneth J. White
Name

Unit Manager
Current Job Title

1001 Weazey Rd.
Current Work Address

Butner , North Carolina        27509
City                  State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 4: Natalie Burnette
Name

Sergeant
Current Job Title

1001 Weazey Rd.
Current Work Address

Butner, North Carolina        27509
City                  State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: Granville Correctional Institution

Date(s) of occurrence: On or about: 12/14/21; 2/1/22; 2/12/22

State which of your federal constitutional or federal statutory rights have been violated:

United States Constitution Amendment VIII :
Cruel and Unusual Punishment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> [Who did what to you?]

Interim Warden Charles Johnson: The Administrator has final authority and responsibility for all matters occurring within the institution, including the development and implementation of written policy and procedure that govern offenders in restrictive housing. Therefore, Wardens and supervisors can be held liable through personal involvement in or direct knowledge of the violation. I maintain that his supervisory indifference or implied authorization of subordinate's misconduct is a causative factor in the constitutional injuries inflicted upon me.

Captain Anthony Frink: The Officer-In-Charge (OIC) has responsibility for the overall custody and security operations of the institution. The OIC has decision-making authority throughout the institution and also serves as an advisor, consultant, and monitor for other department heads in matters pertaining to security issues.

**What happened to you?**

Unit Manager Kenneth J. White: The Unit Manager is the administrator, supervisor, coordinator, and monitor of a team of staff members who are assigned to work in his unit. He is responsible for the overall custody, security, and operation of all phases of his unit in regard to both staff and offenders, including but not limited to, specified decision-making authority.

Sergeant Natalie Burnette: A Unit Sergeant is a member of the security staff who is primarily responsible for day-to-day custody and security within the unit.

**When did it happen to you?**

At Granville Correctional Institution, inmates on RHCP (Restrictive Housing for Control Purposes i.e. "ICON") are allowed exercise outside the cell for 1 hr, 3 days a week (Tuesday, Thursday, and Saturday). According to North Carolina Department of Public Safety policy (Conditions of confinement .0306 Exercise Periods (C)), "offenders should be allowed to exercise unrestrained..." This facility is not designed to house inmates on RHCP, because there are no indoor recreation areas. Inmates

**Where did it happen to you?**

on RHCP are housed in building C1, which has 4 blocks (A, B, C, D), each having 3 tiers. Each tier has a high/low side separated by a door, with a total of 18 cells. Each tier is secured by a door on each end, and fronted by plexiglass. Inmates are allowed recreation on the tier, in the AM, Tuesday and Thursday. Saturday is outside recreation, weather permitting. Correctional / Nursing staff have to pass through these tiers for

rounds, therefore, custody refuses to remove the restraints citing safety/security issues, at the expense of my 8th Amendment Constitutional Right against Cruel and Unusual Punishment. Even on days of outside recreation, inmates are padlocked inside a chain link cage, and staff refuses to remove the restraints, which is unconstitutionally excessive. Full restraint consists of: hands cuffed behind the back; attached to a belly chain, padlock, and ankle shackles.

| What was your injury? |

These Constitutional Right Violations occured on or about: December 14, 2021; Febuary 1, 2022; and Febuary 12, 2022.

These Constitutional Right Violations took place at Granville Correctional Institution address: 1001 Veazey Rd. Butner, North Carolina 27509 My Housing location is: Building (), Block C, Cell 212.

I was transfered to building () on RHCP (ICON) on or about October 18, 2021. RHCP can last anywhere between 3~6 months, or longer, as the facility can re-start the time over at their discretion. The injuries I sustained are: pain, discomfort, abrasions, bruising, and discoloration in my wrists/ankles; pain, numbness, tingling in my fingers/R thumb; pain, discomfort, and fatigue in my shoulders; pain, discomfort, and cramping in my legs and upper/lower back; stress; anxiety; mental anguish and emotional distress.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No

If no, explain why not:

Is the grievance process completed?   ☐ Yes   ☒ No

If no, explain why not:

Facility refuses to respond to inmate grievances concerning this issue. I have exercised all due diligence, even by mailing a grievance to the North Carolina Department of Public Safety address: 831 W. Morganton St. Raleigh, NC 27603. No response to date.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Injunctive relief concerning Granville Correctional's practice of placing inmates in full restraint during recreation. I am also seeking monetary damages, both compensatory and punitive. I am asking for an amount of $75,000 USD per defendant (for a total of $300,000 USD) for compensatory damages, and another $50,000 USD per defendant (for a total of $200,000 USD) for punitive damages.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes   ☐ No

If yes, how many?   *One*

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

WALTER GARRISON, JR V. N.C DEPARTMENT OF PUBLIC SAFETY, et. al   I.C File NO. TA-28397 A.G File NO. TC-20-00649  (TORT CLAIM) NORTH CAROLINA INDUSTRIAL COMMISSION Negligence Claim. I was left in a cell in Restrictive Housing at Franklin Correctional Center (Bunn) for 2 days with no running water, with feces/urine stagnant in the toilet. I got sick, and had to be rushed to the hospital. I suffered mental anguish and severe emotional distress. My Motion For Production of Documents was denied as "MOOT" (mootness doctrine).

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

2 / 14 / 2022
Dated

Waller Britt Garrison - agent
Plaintiff's Signature

Walter Britt Garrison
Printed Name

08426 61
Prison Identification #

1001 Veazey Rd.        Butner ,  North Carolina  27509
Prison Address        City        State        Zip Code